IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen           Date: October 24, 2014
Court Reporter:    Gwen Daniel              Probation: Kyla Hamilton
                                            Interpreter: Susana Cahill

_____

Criminal Action No. 14-cr-00170-WJM         *Counsel:*

UNITED STATES OF AMERICA,                   Geoffrey Rieman

    Plaintiff,

v.

ISRAEL ARROYO-FLORENZO,                     Matthew Belcher

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

10:36 a.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the Interpreter.

Oath administered to the defendant.

Sentencing Statement by Mr. Rieman

Sentencing Statement by Mr. Belcher

The Court addresses the Defendant's Unopposed Objections to the Presentence Report

1

[20].

**ORDERED:   The Defendant's Unopposed Objections to the Presentence Report [20] are SUSTAINED.**

**ORDERED:   There being no objection to the motion, the Government's Motion for an Additional One-Level Reduction for Acceptance of Responsibility Under § 3E1.1 [22] is GRANTED.**

Defendant's Allocution

**ORDERED:   The Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553(a) [25] is GRANTED IN PART.**

> Defendant plead guilty to the sole count of the Indictment on August 8, 2014.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant Israel Arroyo-Florenzo, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 16 months.**

**The defendant shall pay a Fine of $750 into the Crime Victims Fund, due and payable immediately.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**No period of Supervised Release shall be imposed.**

**The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

**The Court waives the mandatory drug testing provisions of § 3563(a)(5), because it is likely that the defendant will be removed from this country.**

**The defendant shall cooperate in the collection of DNA as directed by the Probation Officer.**

**ORDERED:** **The Special Assessment fee of $100 is imposed, due and payable immediately.**

The defendant is advised of his right to appeal his conviction and the sentence imposed.

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

10:54 a.m.   Court in Recess
             Hearing concluded
             Time: 18 minutes